IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JASON H.,

      **Plaintiff,**

  v.                                        Civil Action 3:22-cv-234
                                                    Magistrate Judge Jolson

COMMISSIONER OF SOCIAL
SECURITY,

      **Defendant.**

## ORDER

This matter is before the Court on the parties' Joint Motion for Attorney Fees Under the Equal Access to Justice Act ("EAJA").  (Doc. 16).  The Motion is **GRANTED**, and the Court awards Plaintiff attorney fees in the amount of $6,482.00, and $402.00 in costs, in full satisfaction of any claims for fees, expenses, and costs under 28 U.S.C. § 2412 that may be payable in this case.  Given this disposition, Plaintiff's prior Motion for Attorney Fees (Doc. 13) is **DENIED as moot**.

Any fees paid belong to Plaintiff and not her attorney and can be offset to satisfy any pre-existing debt that Plaintiff owes the United States pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010).  After the Court enters this award, if counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, the Defendant should direct that the award be made payable to Plaintiff's attorney pursuant to an EAJA assignment duly signed by Plaintiff.

IT IS SO ORDERED.

Date: April 18, 2023                                      /s/ Kimberly A. Jolson
                                                                               KIMBERLY A. JOLSON
                                                                                UNITED STATES MAGISTRATE JUDGE